UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOSHUA BRITTON, ) | |
| ) | |
| Plaintiff, ) | 2:16-CV-00274-DCLC |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 25]. No objections have been filed to the Report and Recommendation in the time allowed.

In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Attorney Fees [Doc. 23] be granted, and that Plaintiff be awarded EAJA fees in the amount of $12,902.13. The Magistrate Judge found that all of the conditions set forth in 28 U.S.C. § 2412(d)(1)(A), (B) were met and that the affidavit of hours submitted by Plaintiff's counsel was reasonable. Defendant did not oppose the payment of attorney's fees [Doc. 24].

Therefore, after careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and Plaintiff's Motion for Attorney Fees [Doc. 23] is **GRANTED**. Plaintiff is awarded $12,902.13 in attorney's fees. No other costs or expenses are ordered.

SO ORDERED:

                                              s/ Clifton L. Corker
                                              United States District Judge